08CV3054
JUDGE ANDERSEN
**APPEARANCE FORM** MAG. JUDGE MASON
DISTRICT COURT FOR THE NO

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: B MICHAEL SCHNEIDER
(Please print)

STREET ADDRESS: 126 INNER CT.

CITY/STATE/ZIP: NEW LENOX, IL. 60451

PHONE NUMBER: 815/546-3616

CASE NUMBER: _____

Signature: B. Michael Schneider

Date: 5/27/08

FILED
MAY 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT