UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

B Michael Schneider

                Plaintiff,

v.                                         Case No.: 1:08–cv–03054
                                                Honorable Wayne R. Andersen

County of Will, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 22, 2008

                                                                        /s/ Wayne R. Andersen

                                                                    United States District Judge